UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ENRIQUE ALMAO BARRERA,<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER,<br>Respondent. | No. 1:26-cv-08218-DAD-CKD<br><br><u>ORDER RELATING AND REASSIGNING CASES AND DISMISSING DUPLICATIVE PETITION</u> |
| DANIEL ENRIQUE ALMAO BARRERA,<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER,<br>Respondent. | No. 1:26-cv-08325-KES-FJS<br><br>**New Case No. 1:26-cv-08325-DAD-CKD** |

An examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Accordingly, assignment of the above-captioned actions to the same district judge and magistrate judge will promote substantial efficiency and economy for the court and is likely to be convenient for the parties. An order relating cases under this court's

Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases. The local rules of this district authorize the judge to order the reassignment of cases to himself or herself, upon determining that this assignment is likely to effect a savings of judicial effort. L.R. 123(c). Such good cause appearing here, the court will order that Case No. 1:26-cv-08325-KES-FJS shall be reassigned to the undersigned and Magistrate Judge Carolyn K. Delaney. The caption on documents filed in the reassigned case shall be shown as: 1:26-cv-08325-DAD-CKD.

Moreover, the court has reviewed the filings in these cases (No. 1:26-cv-08218-DAD-CKD, Case No. 1:26-cv-08325-DAD-CKD). After reviewing the filings in each case, the court finds that both cases involve the same Petitioner, allege identical facts, and request identical relief. A court may dismiss one action as duplicative of another. *See M.M. v. Lafayette Sch. Dist.,* 681 F.3d 1082, 1091 (9th Cir. 2012). Accordingly, the court will dismiss Case No. 1:26-cv-08325- DAD-CKD as duplicative.

For the reasons above,

1. Case No. 1:26-cv-08325-KES-FJS shall be reassigned to the undersigned and Magistrate Judge Carolyn K. Delaney;
    a. The caption on documents filed in the reassigned case shall be shown as: 1:26-cv-08325-DAD-CKD;
2. The Clerk of the Court is directed to make appropriate adjustment in the assignment of civil cases to compensate for this reassignment;
3. The action formerly identified as 1:26-cv-08325-KES-FJS and now identified as 1:26-cv-08325-DAD-CKD, is DISMISSED as duplicative; and
4. The Clerk of the Court is also directed to close the case formerly identified as 1:26-cv-08325-KES-FJS and now identified as 1:26-cv-08325-DAD-CKD.

IT IS SO ORDERED.

Dated: **October 20, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE